# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY ALTENBACH,<br>　　　Plaintiff, | Civil Action No. 3:14-cv-1932 |
| v. | (Judge Mariani) |
| TONI IANUZZI, *et al.*,<br>　　　Defendants. | |

## ORDER

**AND NOW**, this 2ND day of April, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions to appoint counsel, (Docs. 4, 22), are **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge