IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY ALTENBACH,<br>    Plaintiff, | Civil No. 3:14-cv-1932 |
| v. | (Judge Mariani) |
| TONI IANUZZI, et al.,<br>    Defendants. | |

### ORDER

**AND NOW,** this ___ day of May, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions to compel, (Docs. 21, 36), filed on December 3, 2014 and February 10, 2015, are **DEEMED WITHDRAWN** for failure to file supporting briefs. See M.D. Pa. Local Rule 7.5.

2. Plaintiff's motion to compel discovery, (Doc. 48), filed on April 21, 2015, is **DENIED** without prejudice.

3. Defendants' motion to stay discovery, (Doc. 51), is **GRANTED**.

4. Any and all discovery is stayed pending further Order of Court.

Robert D. Mariani
United States District Judge